```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
───────────────────────────────
ARTHUR F. BUONORA, JR.,

                Plaintiff,

                                        1:05-CV-1133

      v.                                      (FJS/DEP)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
───────────────────────────────

APPEARANCES:                              OF COUNSEL:

FOR PLAINTIFF
ERWIN, McCANE & DALY                THOMAS C. ERWIN, ESQ.
23 Elk Street
Albany, New York   12207

FOR DEFENDANT

HON. GLENN T. SUDDABY               WILLIAM H. PEASE, ESQ.
United States Attorney for the      Special Asst. U.S. Attorney
Northern District of New York
P.O. Vox 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

OFFICE OF GENERAL COUNSEL          BARBARA L. SPIVAK, ESQ.
Social Security Administration         Chief Counsel, Region II
26 Federal Plaza
New York, New York 10278              KAREN M. ORTIZ, ESQ.
                                              Assistant Regional Counsel

**FREDERICK J. SCULLIN, JR., S.D.J.:**

### DECISION AND ORDER

    Presently before the Court is Magistrate Judge David E. Peebles May 8, 2008 Report-Recommendation in which he recommends that defendant's motion for judgment on the pleadings be GRANTED,

that the Commissioner's decision denying disability benefits be AFFIRMED, and that the plaintiff's complaint be DISMISSED. The Court having reviewed the Report-Recommendation and the entire file in this matter and plaintiff having filed no objections to said Report-Recommendation, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge David E. Peebles on May 8, 2008, is, for the reasons stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS** that defendant's motion for judgment on the pleadings is **GRANTED** and the Court further

**ORDERS** that the Commissioner's decision denying disability benefits is **AFFIRMED** and the Court further

**ORDERS** that the plaintiff's complaint is **DISMISSED** in its entirety, and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of the Defendant and close this case.

**IT IS SO ORDERED.**

Dated:  May 23, 2008
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge